UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | M.B.D. No. 4:13-MC-94035 |
| ) | |
| FRED SPAIN, ) | |
| ) | |
| Respondent. ) | |

**PETITION TO ENFORCE
INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, state that:

1. This proceeding for the enforcement of an Internal Revenue Service Summons is brought pursuant to sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986 (the "Code"). *See* 26 U.S.C. §§ 7402(b) & 7604(a).

2. Lisandra Sepulveda is a Revenue Officer of the Internal Revenue Service authorized to issue summonses under section 7602 of Code. *See* 26 U.S.C. § 7602(a).

3. The Respondent, Fred Spain, resides or is found at 777 Coy Hill Road, Warren, Massachusetts, 01083 within the jurisdiction of this Court. Revenue Officer Sepulveda is conducting an investigation for the collection of the tax liability of Fred Spain for the taxable periods ending on December 31, 2007, December 31, 2008, December 31, 2009, December 31, 2010 and December 31, 2011 (the "Taxable Periods"). The Respondent is in possession and control of testimony and documents relevant and material to this investigation.

4. Section 6301 of the Code authorizes the Secretary of the Treasury (the "Secretary") to collect the taxes imposed by the internal revenue laws. *See* 26 U.S.C. § 6301. For the purpose of collecting the tax liability of any person, Section 7602 of the Code authorizes the Secretary to issue a summons directing a person to: (a) appear at a time and place named in the summons, (b) produce relevant or material books, papers, records or other data, and (c) testify under oath as may be relevant or material to collecting the tax liability. *See* 26 U.S.C. § 7602(a).

5. On July 11, 2013, a summons was issued to Fred Spain pursuant to Section 7602 of the Code (the "Summons") directing the Fred Spain to appear before Revenue Officer Sepulveda at the Internal Revenue Service office located at 120 Front Street, Suite 600, Worcester, Massachusetts 01608 on August 8, 2013 at 8:00 AM. The Summons required the Respondent to produce for examination, and provide testimony concerning, all documents and financial records for the period February 1, 2013 to July 10, 2013 to help prepare a Collection Information Statement for the Respondent's assets and liabilities for the Taxable Periods. The Summons is attached hereto as <u>Exhibit A</u>.

6. On July 11, 2013 at 1:47 PM Revenue Officer Sepulveda served the Summons on Fred Spain by leaving an attested copy of the Summons at the last and usual place of abode of the person to whom it was directed. Revenue Officer Sepulveda signed a certification on the face of the copy of the Summons served that it is a true and correct copy of the original.

7. To date, Fred Spain has failed to respond to, and refuses to comply with, the Summons.

8. The records sought by the Summons are not in the possession of the Internal Revenue Service. The production of these records and related testimony by the Respondent is

necessary, therefore, in order for an officer of the Internal Revenue Service to complete a Collection Information Statement for the Taxable Periods.

WHEREFORE, the Petitioner prays that:

1. Fred Spain be ordered to show cause, if any he has, why he should not obey the Summons;

2. Fred Spain be ordered to obey the Summons at a time and place to be fixed by Revenue Officer Sepulveda or by any other officer of the Internal Revenue Service authorized to examine the records and take testimony; and

3. The cost of this action to be awarded to the United States.

Respectfully submitted:

CARMEN M. ORTIZ,
United States Attorney

By: */s/ Justin D. O'Connell*
JUSTIN D. O'CONNELL
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, Massachusetts 02210
(617) 748-3206

Dated: December 11, 2013          Justin.O'Connell@usdoj.gov